THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTONIO PAMALFINO, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

JAMES FLORIO, an Infant, by CONCETTA FLORIO, His Guardian ad Litem, Respondent, v. HUGH J. SHEERAN, as Receiver of NEW YORK RAILWAYS COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

GEORGE W. McCALLUM, Respondent, v. JAMES C. BRONSON, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy, and Burr, JJ.

GUANTANAMO SUGAR COMPANY, INC., Appellant, v. KNICKERBOCKER INSURANCE COMPANY OF NEW YORK, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

DAVID M. DAVIDSON and Another, Respondents, v. WILLIAM DORFMAN and Another, Appellants.— Order modified by striking therefrom paragraphs numbered 8, 9 and 10, and as so modified affirmed, without costs. The bill of particulars to be served within ten days from service of order. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

MINNIE HERSCH, Respondent, v. JACOB HERSCH, Appellant.— Order reversed and motion denied. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

RHEA HEATH, Respondent, v. HUGH J. SHEERAN, as Receiver of NEW YORK RAILWAYS COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

HARRISON S. COLBURN, Doing Business under the Registered Trade Name, etc., Respondent, v. LANCE J. MORTON, Appellant, Impleaded with Another, Defendant. — Order of May 26, 1925, modified by providing that items numbered 1, 2, 3 and 4 in the notice of examination and paragraphs Nos. 1, 2, 3 and 4 in the original order for examination be stricken out; and as so modified affirmed, without costs; appeal from order of September 17, 1925, dismissed. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke P. J., Dowling, Merrell, McAvoy and Burr, JJ.

JOHN CHRISTIE, as Administrator, etc., of ARTHUR CHRISTIE, Deceased, Appellant, v. WALTER J. LEDDY, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.